# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16-cv-00093-KDB
# (5:10-cr-00042-KDB-DSC-1)

| | |
|---|---|
| ANTHONY PAUL VELASQUEZ, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )<br>) **ORDER** |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on its own motion on the Government's Response to Order to Show Cause [Doc. 7] and the United States Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431.

For the reasons stated in the Court's Show Cause Order [Doc. 6] and on the Government's agreement that the stay in this matter should be lifted [Doc. 7], the Court will lift the stay and order that the Government has 45 days to file its response to the Petitioner's Section 2255 Motion to Vacate [Doc. 1].

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have forty-five (45) days from this Order to file its response in this matter.

Signed: December 20, 2019

Kenneth D. Bell
United States District Judge