# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Anthony Paul Velasquez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00093-KDB |
| | ) | 5:10-cr-00042-KDB-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2020 Order.

March 12, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court